IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:14CR3089** |
| vs. | |
| ERIC-ARNAUD BENJAMIN BRIERE DE L'ISLE, | DETENTION ORDER PENDING TRIAL |
| Defendant. | |

For the reasons set forth in the court's prior order, (Filing No. 17), the defendant is detained pending trial.

July 31, 2014.

BY THE COURT:

_s/ Cheryl R. Zwart_
United States Magistrate Judge