IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14-CR-3089 |
| vs. | ORDER |
| ERIC-ARNAUD BENJAMIN BRIERE DE L'ISLE, | |
| Defendant. | |

The defendant's motion to proceed on appeal in forma pauperis (filing 74) is granted, and the defendant is permitted to proceed on appeal in forma pauperis.

Dated this 9th day of February, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge